**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00782-KJM-KJN<br><br>ORDER EXTENDING DEADLINE TO COMPLETE SERVICE |

1

1  The Court has reviewed Travelers Casualty Insurance Company of America's motion to extend deadline to complete service, ECF No. 5, which the court construes as an ex-parte application for an extension of time to complete service and good cause appearing, the deadline to complete service is extended to September 21, 2020.

This order resolved ECF No. 5.

IT IS SO ORDERED.

DATED: July 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE